UNITED STATES of America,
Plaintiff–Appellee,

v.

Oreste Rolando CHAVEZ,
Defendant–Appellant.

No. 14–11510
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Nov. 5, 2014.

Wifredo A. Ferrer, Vivian Rosado, Kathleen Mary Salyer, U.S. Attorney's Office, Miami, FL, Ann Marie C. Villafana, U.S. Attorney's Office, West Palm Beach, FL, for Plaintiff–Appellee.

Robert William Stickney, Robert W. Stickney, PA, Fort Lauderdale, FL, for Defendant–Appellant.

Before MARTIN, JILL PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

Robert W. Stickney, appointed counsel for Oreste Rolando Chavez, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the defendant's convictions and sentences are **AFFIRMED.**